William Hartman, appellee, v. Jacob G. Levinson, appellant. Gen. No. 35,436.

Opinion filed December 28, 1931.

Robert D. Melick, for appellant. Pritzker & Pritzker, for appellee; Stanford Clinton, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

I. S. Joseph Company, Inc., appellee, v. Midwest Trading and Securities Corporation, appellant. Gen. No. 35,464.

Opinion filed December 28, 1931.

Chapman & Cutler, for appellant; Charles M. Thomson, of counsel. Barre Blumenthal, for appellee; Max A. Kopstein, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Jeremiah B. O'Connell, appellant, v. Sheridan Glenlake Building Corporation and Albert J. Horan, appellees. Gen. No. 35,512.

Opinion filed December 28, 1931. Rehearing denied and opinion slightly modified January 11, 1932.

William C. Asay, for appellant. Victor H. Bloom, for appellees; Max C. Liss, of counsel.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

Herman P. Weiss, appellee, v. Norman R. Herlihy et al., appellants. Gen. No. 35,549.

Opinion filed December 28, 1931.

Edwin Hamilton, for appellants. Milton G. Manasse, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.